JOSEPH M. GOTTESMAN, Respondent, v. H. SUSSMAN, INC., Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of JOSEPH JERMAIN SLOCUM and Others, as Executors, etc., of MARGARET OLIVIA SAGE, Deceased.— Decree affirmed, with costs to all parties separately appearing and filing briefs payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK TETI, Respondent, v. ISRAEL FINKELSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of RACHEL E. THORPS, to Revoke Letters of Administration, Granted to PHILIP W. GOODE, upon the Goods, Chattels and Credits of JAMES G. GOODE, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Clarke, P. J., and Dowling, J., dissenting.

JOHN T. HENDRICKS, Respondent, v. HURIN M. CLEMENTS, Doing Business under the Trade Name of CLEMENTS & SON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE MORRIS PLAN COMPANY OF NEW YORK, Appellant, v. JOSEPH A. MERZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. JOSEPH A. VANDEGRIFT, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GEORGE H. WALKER, Appellant, v. TRULY WARNER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK J. MEEHAN, Respondent, v. JOSEPH STERN & SONS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

RUTH H. MINER, as Administratrix, etc., of TED J. MINER, Deceased, Appellant, v. RICHARD GARVEY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. Appeal from order denying motion for reargument dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THELMA HELMS FOSTER, Appellant, v. ANGELO SCARPA FOSTER, Respondent.— Orders affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LEOPOLD BARON, Respondent, v. J. ARON & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.